1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                    CASE NO. 11CR2323-JM

12                                Plaintiff,       **JUDGMENT AND ORDER OF
                                                   DISMISSAL OF INFORMATION**
         vs.

13

14    DANIEL MARTINEZ(1),

15                                Defendant.

16

17          Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the

18    Information in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held

19    by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

20          **IT IS SO ORDERED**.

21          Dated:   6/22/2012

22

23    _____
      **HONORABLE BARBARA L. MAJOR**
24    **United States Magistrate Judge**

25

26

27

28

- 1 -